UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANA CHALAS, i*ndividually, and on behalf* : 
*of all others similarly situated*, :
:
                                Plaintiff, :        22-cv-3970 (VSB)
:
        -against- :        **ORDER**
:
CAN B CORP., :
:
                              Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff Ana Chalas commenced this action against Defendant Can B Corp. on May 16, 2022.  (Doc. 2.)  On May 17, 2022, summons was issued to Defendant.  (Doc. 4.)  On June 21, 2022, summons was returned executed, which shows that Defendant was served on June 8, 2022, and answer was due June 29, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff has taken no action to prosecute this case, either.  Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 15, 2022.  If Plaintiff fails to do so or otherwise demonstrate intention to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 1, 2022
      New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge