UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANA CHALAS, Individually, and On
Behalf of All Others Similarly Situated,

                  Plaintiffs,          22-cv-3970 (VSB)

      vs.                                 **ORDER**

CAN B CORP.

                  Defendants.
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge